# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES ALFRED SMITH, JR.,**
      **Plaintiff,**

    v.                                                         Case No. 14-CV-00036

**DAVID A. CLARKE, JR.,**
            **Defendant.**

## ORDER

Pro se petitioner James Alfred Smith, Jr. filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for leave to proceed in forma pauperis. Petitioner is currently being held as a pretrial detainee at Milwaukee County Jail. On January 14, 2014, the clerk of this court sent petitioner a letter asking that he submit a copy of his Prisoner Trust Account Statement for the last six months so the court can review his motion to proceed in forma pauperis. In response, petitioner sent the court a letter that claims jail officials have denied him a copy of his trust account statement in order to prevent him from prosecuting his case. This seems unlikely since the court regularly receives trust account statements from Milwaukee County Jail. However, to alleviate any confusion, I will formally order petitioner to submit a copy of his trust account statement to this court, and I will ask the clerk to send a copy of this order to the Milwaukee County Sheriff.

**THEREFORE, IT IS ORDERED** that petitioner shall file a certified copy of his prison trust account statement for the six motions prior to the filing of his petition on or before

Friday, February 21, 2014. Failure to submit the trust account statement will result in the denial of his motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that copies of this order be sent to the Milwaukee County Sheriff.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge